

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.   No. 4:14-MJ-__174__

AARON MCMAHAN

## CRIMINAL COMPLAINT

*Possession of a Controlled Substance with Intent to Distribute*

On or about February 19, 2014, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Aaron McMahan**, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(B).

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1. Affiant, Shayne Kotara, is a detective with the North Richland Hills Texas Police Department and has been assigned as a Task Force Officer, TFO, with the Fort Worth Resident Office, FWRO, of the Drug Enforcement Administration, DEA, since August 2011. I have previously investigated federal violations of Title 21, United States Code, Sections 841(a) (1), 846, 848, & 843(b).

2. On January 30, 2014, Affiant and other members of the Fort Worth R.O. interviewed Cooperating Source #1, hereafter referred to as CS#1. CS#1 stated he/she has bought methamphetamine multiple times from Aaron McMahan and has seen Aaron McMahan with one (1) ounce of methamphetamine on several occasions.

3. On February 19, 2014, under the direction and control of law enforcement, CS#1 conducted a controlled buy of half (½) an ounce of methamphetamine from Aaron McMahan. Officer's provided the CS#1 with a predetermined amount of U.S.

**Criminal Complaint – Page 1**

Currency for the purchase of the methamphetamine. Officer's maintained surveillance of CS#1 as he/she met with Aaron McMahan. The CS#1 then met with the officer's and surrendered a plastic baggie containing a crystalline substance which field tested positive for methamphetamine. The CS#1 stated the methamphetamine was purchased from Aaron McMahan.

4. On February 27, 2014, Affiant and other members of the Fort Worth R.O. interviewed Cooperating Source #2, hereafter referred to as CS#2. CS#2 stated he/she has bought a quarter (¼) ounce of methamphetamine ten (10) times from Aaron McMahan and bought a half (½) ounce four (4) times. CS#2 has seen Aaron McMahan with up to four (4) ounces of methamphetamine.

5. On March 5, 2014, under the direction and control of law enforcement, CS#1 conducted a controlled buy of one and ¼ (1¼) ounce of methamphetamine from Aaron McMahan. Officer's provided CS#1 with a predetermined amount of U.S. Currency for the purchase of the methamphetamine. Officer's maintained surveillance of CS#1 as he/she met with Aaron McMahan. CS#1 then met with the officer's and surrendered a plastic baggie containing a crystalline substance which field tested positive for methamphetamine. CS#1 stated the methamphetamine was purchased from Aaron McMahan.

6. Although I have not listed all the facts regarding this seizure of methamphetamine, I believe that the facts stated here establish probable cause that the defendant has committed a violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), Possession of a Controlled Substance with the Intent to Distribute.

_____
Shayne Kotara
Task Force Officer
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me, at 4:15 am/pm, this 8th day of April, 2014 in Fort Worth, Texas.

_____
JEFFREY L. CURETON
United States Magistrate Judge

Criminal Complaint – Page 2