ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION
2014 MAY 14  PM 2: 08
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| AARON MCMAHAN   (01) | 4-14CR-106-A |

## INDICTMENT

The Grand Jury Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

From prior to on or about January 1, 2013, and continuing thereafter until on or about March 5, 2014, in the Fort Worth Division of the Northern District of Texas, and elsewhere, the defendant **Aaron McMahan** and other persons both known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Indictment- Page 1

In violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)).

A TRUE BILL.

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
JOSHUA T. BURGESS
Assistant United States Attorney
Texas State Bar No. 24001809
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Indictment- Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

AARON MCMAHAN (01)

INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance

(1 COUNT)

A true bill rendered:

FORT WORTH                                                          FOREPERSON

Filed in open court this 14th day of May, A.D. 2014.

Defendant Aaron McMahan in custody.

UNITED STATES DISTRICT JUDGE
(Magistrate Court Number: 4:14-MJ-174-BJ)