ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 30 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-106-A |
| AARON MCMAHAN (01) | |

## FACTUAL RESUME

**INDICTMENT:**

Count One - Conspiracy to Possess with Intent to Distribute a Controlled Substance (Violation of 21 U.S.C. § 846 (21 U.S.C. §841(a)(1) and (b)(1)(B)))

**PLEA:**

Count One - Conspiracy to Possess with Intent to Distribute a Controlled Substance (Violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)))

**PENALTIES:**

On Count One of the Indictment, Conspiracy to Possess with Intent to Distribute a Controlled Substance (Violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)), the court may impose the following penalties:

    a.    imprisonment for a period of not less than five (5) years and not more than forty (40) years;

    b.    a fine not to exceed $5,000,000, or both fine and imprisonment;

    c.    a term of supervised release of not less than four (4) years; if the defendant violates any condition of the term of supervised release, the Court may revoke such release term and require that the defendant serve any or all of such term as an additional period of confinement.

     The effect of a revocation of a term of supervised release is to make the overall period of incarceration longer.

  d.  a mandatory special assessment of $100;

  e.  costs of incarceration and supervision;

  f.  forfeiture.

## ELEMENTS OF THE OFFENSE:

In order to establish the guilt of the defendant of the offense of Conspiracy to Possess with Intent to Distribute a Controlled Substance (Violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)), as alleged in Count One of the Indictment, the Government must prove each of the following elements beyond a reasonable doubt:

*First:*  That two or more persons, directly or indirectly, reached an agreement to possess with the intent to distribute methamphetamine;

*Second:*  That the defendant knew of the unlawful purpose of the agreement; and

*Third*:  That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

*Fourth:*  That the overall scope of the conspiracy involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

## STIPULATED FACTS:

From prior to on or about January 1, 2013, and continuing thereafter until on or about March 5, 2014, in the Fort Worth Division of the Northern District of Texas, and elsewhere, the defendant Aaron McMahan, and other persons both known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other to commit the following offense against the United States: possess with

the intent to distribute 50 grams or more of a mixture or substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

During the course of the conspiracy, the defendant conspired with others to distribute 50 grams or more of a mixture or substance of methamphetamine. The defendant regularly sold methamphetamine to customers for profit. For approximately nine months, the defendant received methamphetamine twice per week from his source of supply that he subsequently distributed.

AGREED AND STIPULATED on this 21 day of May, 2014.

_____
AARON MCMAHAN
Defendant

_____
DIMITRI DUBE
Attorney for Defendant