ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § | 4:14-CR-0106-A |
| AARON McMAHAN | § § | |

## NOTICE OF APPEAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR THE NORTHERN DISTRICT OF TEXAS:

Notice is hereby given that, pursuant to 18 U.S.C. §§ 1291 & 3742, Defendant Aaron McMahan, through undersigned counsel, hereby appeals the District Court's denial of the Government's Motion to Reduce Defendant's Sentence (Document #49 filed on 2/26/2016), to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

/s/ Dimitri Dube
Dimitri Dube
State Bar No. 24068944
Dimitri Dube PC
325 N. St. Paul, Suite 2750
Dallas, TX 75201
972.975.2010 fax
dimitri@dimitridube.com
Dimitri Dube

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

Undersigned Counsel served a copy of the foregoing document to Joshua Burgess, Assistant United States Attorney, via electronic mail on March 3, 2016

_____
Dimitri Dube